IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KANAIYALAL VADILAL BAROT,<br>　　　　　　Petitioner<br>　v.<br>LEONARD ODDO *et al.*,<br>　　　　　　Respondents | :<br>:<br>: Case No. 3:26-cv-00055-KAP<br>:<br>:<br>: |

### Rule and Order

　　Petitioner, detained at the Moshannon Valley Processing Center, submitted a counseled petition for a writ of habeas corpus pursuant to 28 U.S.C.§ 2241.

　　Service is to be made by counsel or, upon motion, by the Marshal. Within sixty days of service, respondents, through the United States Attorney for the Western District of Pennsylvania, shall file a response to the allegations in the petition for the writ of habeas corpus, showing cause, if any, why the writ should not be granted.

　　The parties shall complete and file an election form (form available at www.pawd.uscourts.gov under "Local Forms") either consenting to jurisdiction by a Magistrate Judge with appeal to the Court of Appeals or electing to have a District Judge assigned to the case (with reference to a Magistrate Judge and appeal to a District Judge and then to the Court of Appeals).

DATE:  January 26, 2026

　　　　　　　　　　　　　　　　　　　　　　Keith A. Pesto,
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Notice by ECF to counsel of record